The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLENA ROSS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION ("PMA"); JOINT PORT LABOR RELATIONS COMMITTEE ("JPLRC"); SSA TERMINALS, LLC,<br><br>Defendants.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION (ILWU) LOCAL 19,<br><br>Intervenor-Defendant. | No. 2:19-cv-01676-TSZ<br><br>PACIFIC MARITIME ASSOCIATION'S MOTION FOR LCR 7(e) ORDER AND STIPULATION OF THE PARTIES AND ORDER |

## **MOTION AND CONTEXT**

In a Minute Order dated 2/24/2020 (dkt. 37), the Court recognized that PMA's status as a "joint employer" for purposes of the FLSA "nursing mother" provisions is a question of law, but concluded that "on this record," PMA's status as a joint employer with SSA could not be determined.

PMA'S MOTION FOR LCR 7(e) ORDER AND STIPULATION OF THE PARTIES AND ORDER - 1
No. 2:19-cv-01676-TSZ
4822-0794-2587.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

1    Since then, the Department of Labor has issued regulations (effective March 16, 2020) for
2    determining joint employer status under the FLSA. 29 C.F.R. § 791.2.

3    With this development, the JPLRC, PMA, and Local 19 wish to present this discrete issue
4    to the Court with the benefit of a more developed record. PMA has prepared a Renewed Motion
5    on this discrete subject, and also a multi-faceted motion for summary judgment on other aspects
6    of this case. Local 19 has also prepared a separate motion on the legal status of the JPLRC and
7    whether the JPRLC is a joint employer with SSA under the FLSA. Plaintiff disagrees on the merits
8    and that the issue should be revisited, but agrees with the issue being presented via separate motion.

9    Aware that LCR 7(e) requires approval from the Court to file contemporaneous dispositive
10   motions, and this would seem to apply to presenting both a motion for summary judgment on other
11   topics and a motion (including PMA's renewed motion) on this discrete subject, PMA and Local
12   19 ask for leave of the Court to bring the foregoing motions contemporaneously, and to that end
13   the parties stipulate as follows:

## STIPULATION

15   Without prejudicing any party's position as to the merits, or whether the Court should
16   disturb its earlier ruling, the parties do nevertheless stipulate that the proposed Order attached
17   hereto should be entered to allow both motions to be filed contemporaneously.

18   DATED this 28th day of April, 2020.

20   For Plaintiff Marlena Ross:                          For Defendant Pacific Maritime Association:

21   By: s/Cynthia J. Heidelberg                          By: s/Clemens H. Barnes
     Cynthia J. Heidelberg, WSBA No. 44121                Clemens H. Barnes, WSBA No. 4905
22   BRESKIN JOHNSON & TOWNSEND,                          MILLER NASH GRAHAM & DUNN LLP
     PLLC                                                 Pier 70, 2801 Alaskan Way Ste 300
23   1000 Second Ave Ste 3670                             Seattle, WA 98121
     Seattle, WA 98104                                    Tel: 206-624-8300
24   Tel: 206-652-8660                                    Email: clem.barnes@millernash.com
     Email: cheidelberg@bjtlegal.com
25

26

PMA'S MOTION FOR LCR 7(e) ORDER AND                      MILLER NASH GRAHAM & DUNN LLP
STIPULATION OF THE PARTIES AND ORDER - 2                 ATTORNEYS AT LAW
No. 2:19-cv-01676-TSZ                                    T: 206.624.8300 | F: 206.340.9599
4822-0794-2587.1                                         PIER 70
                                                         2801 ALASKAN WAY, SUITE 300
                                                         SEATTLE, WASHINGTON 98121

| | |
|---|---|
| For Defendant SSA Terminals, LLC:<br><br>*By: s/Richard P. Lentini*<br>Richard P. Lentini, WSBA No. 18086<br>MILLER NASH GRAHAM & DUNN LLP<br>Pier 70, 2801 Alaskan Way Ste 300<br>Seattle, WA 98121<br>Tel: 206-624-8300<br>Email: richard.lentini@millernash.com<br><br>For Defendant-Intervenor ILWU Local 19:<br><br>*By: s/Robert H. Lavitt*<br>Robert H. Lavitt, WSBA No. 27758<br>Melissa J. Greenberg, WSBA No. 54132<br>Carson Phillips-Spotts, WSBA No. 51207<br>BARNARD IGLITZIN & LAVITT LLP<br>18 W Mercer St Ste 400<br>Seattle, WA 98119-3971<br>Tel: 206-285-2828<br>Email: lavitt@workerlaw.com | For the Joint Port Labor Relations Committee:<br><br>*By: s/Clemens H. Barnes*<br>Clemens H. Barnes, WSBA No. 4905<br>MILLER NASH GRAHAM & DUNN LLP<br>Pier 70, 2801 Alaskan Way Ste 300<br>Seattle, WA 98121<br>Tel: 206-624-8300<br>Email: clem.barnes@millernash.com<br><br>*By: s/Robert H. Lavitt*<br>Robert H. Lavitt, WSBA No. 27758<br>Melissa J. Greenberg, WSBA No. 54132<br>Carson Phillips-Spotts, WSBA No. 51207<br>BARNARD IGLITZIN & LAVITT LLP<br>18 W Mercer St Ste 400<br>Seattle, WA 98119-3971<br>Tel: 206-285-2828<br>Email: lavitt@workerlaw.com |

PMA'S MOTION FOR LCR 7(e) ORDER AND
STIPULATION OF THE PARTIES AND ORDER - 3
No. 2:19-cv-01676-TSZ
4822-0794-2587.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

**ORDER**

The parties' stipulated motion, docket no. 42, to contemporaneously file both a separate motion addressing "joint employer" status for FLSA purposes and a dispositive motion addressing other claims and issues is GRANTED. PMA, JPLRC, and Local 19 may file their respective motions contemporaneously.

DATED this 4th day of May, 2020.

_____
Thomas S. Zilly
United States District Judge

PMA'S MOTION FOR LCR 7(e) ORDER AND
STIPULATION OF THE PARTIES AND ORDER - 4
No.  2:19-cv-01676-TSZ
4822-0794-2587.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON  98121