UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLENA ROSS,

    Plaintiff,

 v.

PACIFIC MARITIME ASSOCIATION, et al.,

    Defendants.

C19-1676 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket 63, PMA's Renewed Phase One Motion for Summary Judgment, docket no. 51; PMA's Phase Two Motion for Summary Judgment, docket no. 53; and ILWU Local 19's Motion for Summary Judgment, docket no. 57, are RENOTED to June 8, 2020. Plaintiff's responses shall be due June 1, 2020, and any replies shall be due on June 8, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of May, 2020.

            William M. McCool
            Clerk

            s/Karen Dews
            Deputy Clerk

MINUTE ORDER - 1