UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLENA ROSS,

            Plaintiff,

  v.

PACIFIC MARITIME ASSOCIATION, et al.,

           Defendants.

C19-1676 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    The Court STRIKES the trial date of August 31, 2020 as well as the deadlines for motions related to expert witnesses, motions in limine, the pretrial order, trial briefs, and proposed voir dire/jury instructions, and the pretrial conference.  The Court will reset these deadlines as soon as possible after all pending motions are resolved.  The parties shall file the responses and replies to Defendant Local 19's Second Motion for Summary Judgment, docket no. 82, in a timely fashion.  The noting date for that Motion remains June 26, 2020.  Any opposition shall be filed by June 22, 2020 and the reply shall be filed by the noting date.

     (2)    No further motions by any party may be filed without prior approval of the Court.

     (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 8th day of June, 2020.

                                                             William M. McCool
                                                            Clerk

                                                            s/Karen Dews
                                                           Deputy Clerk

MINUTE ORDER - 1