UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLENA ROSS,

           Plaintiff,

  v.

PACIFIC MARITIME ASSOCIATION, et al.,

           Defendants.

C19-1676 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Promptly, but no later than Wednesday, July 8, 2020, Plaintiff is DIRECTED to electronically file complete and unabridged copies of all Marlena Ross deposition testimony.

      (2)    The Court clarifies that any objections to Exhibit A filed in accordance with the Court's Minute Order, docket no. 110, shall not exceed one page per party. The Court further clarifies that the content of any such objections shall be limited to the Court's understanding of the current status of each claim as set forth in Exhibit A rather than a reconsideration of the Court's ruling on each claim in the Minute Order.

      (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 6th day of July, 2020.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1