UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLENA ROSS,<br><br>      Plaintiff,<br><br>  v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.,<br><br>      Defendants,<br><br>  v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION (ILWU) LOCAL 19,<br><br>      Intervenor-Defendant. | C19-1676 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Attached as Amended Exhibit A is a draft chart listing Plaintiff's remaining claims as to each Defendant and the present status of each claim. The parties are DIRECTED to file any objections to the status of each claim as reflected in the chart on or before July 22, 2020. Any objections shall not exceed one page per party and shall be limited to the Court's understanding of the current status of each claim rather than a reconsideration of the Court's rulings.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1

# Amended Exhibit A

| **Claim** | **Against Defendant** | **Current Status** | **Objections** |
|---|---|---|---|
| Claim III: Failure to provide adequate lactation accommodations pursuant to the WLAD, HSA, and FLSA | -WLAD discrimination claim against PMA and SSA<br>-WLAD retaliation claim against SSA<br>- HSA claim against SSA<br>- FLSA claim against PMA, JPLRC, SSA, and Local 19 | -Remains for trial (see Minute Order, docket no. 110)<br><br>-As to PMA, JPLRC, and Local 19, this claim pertains to the alleged delay in handling Plaintiff's request for lactation. *See* docket no. 65. | |
| Claim IV: NIED violating duties owed under the HSA and the FLSA | - SSA | -Remains for trial | |