UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLENA ROSS,

           Plaintiff,

  v.

PACIFIC MARITIME ASSOCIATION, et al.,

           Defendants.

C19-1676 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The deadline for the parties' Joint Status Report set by Minute Entry, docket no. 116, is EXTENDED to Monday, September 14, 2020. The telephonic status conference set for Monday, September 14, 2020, is hereby STRICKEN.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2020.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1